| **Fill in this information to identify your case:** | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF ARIZONA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Priddis Music, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-0654137** | |
| 4. | **Debtor's address** | **Principal place of business** **2318 South Country Club Drive** **Mesa, AZ 85210** Number, Street, City, State & ZIP Code **Maricopa** County | **Mailing address, if different from principal place of business** **336 East University Parkway** **#1068** **Orem, UT 84058** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.priddis.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

| Debtor | **Priddis Music, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5122__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

| Debtor | **Priddis Music, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Priddis Music, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 21, 2024**
MM / DD / YYYY

**X /s/ Richard Priddis**                           **Richard Priddis**
Signature of authorized representative of debtor     Printed name

                                                     Email Address of debtor
Title **President**

**18. Signature of attorney**

**X /s/ Mark J. Giunta**                             Date **June 21, 2024**
Signature of attorney for debtor                     MM / DD / YYYY

**Mark J. Giunta 015079**
Printed name

**Law Office of Mark J. Giunta**
Firm name

**531 East Thomas Road**
**Suite 200**
**Phoenix, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone **602-307-0837**     Email address **markgiunta@giuntalaw.com**

**015079 AZ**
Bar number and State

# PRIDDIS MUSIC, INC.

A Utah Corporation

## RESOLUTION

Richard Priddis, as President of Priddis Music, Inc., ("Corporation"), hereby adopts the following Resolution:

**RESOLVED,** that it is desirable and in the best interest of the Corporation, its shareholders and other interested parties, that a Voluntary Petition be filed by the Corporation in the United States Bankruptcy Court for the District of Arizona, praying for relief under Chapter 11 of the Title 11 of the United States Code, and it is

**FURTHER RESOLVED**, that Richard Priddis, be and hereby is authorized on behalf of the Corporation to execute, verify and file such Voluntary Petition, the Schedules and Statement of Financial Affairs required by said Code and such other papers as may be necessary or proper in such Title 11 proceedings, and to take any and all action necessary or proper therein, including retention of counsel, accountants, investment bankers and such other professional persons as may be necessary and proper, and it is

**FURTHER RESOLVED**, that the Corporation is authorized to retain Law Office of Mark J. Giunta as counsel for Priddis Music, Inc.

Dated this 21 day of June, 2024.

_____
Richard Priddis, as President
of Priddis Music, Inc.

Fill in this information to identify the case:
Debtor name: **Priddis Music, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Jack Waddey Walter Landsen Dortch & Davis LLP P.O. Box 198966 Nashville, TN 37219** | | **Mediation fees** | **Disputed** | | | $2,000.00 |
| **JPMorgan Chase Bank P.O. Box 6294 Carol Stream, IL 60197-6294** | | **Credit card purchases (Southwest)** | | | | $14,960.00 |
| **Sony/ATV Music Publishing LLC, et al. 25 Madison Avenue, 24th Floor New York, NY 10010-8610** | | **Judgment** | | | | $3,000,000.00 |
| **Wells Fargo Card Services P.O. Box 94435 Albuquerque, NM 87199** | | **Credit Card** | | | | $26,000.00 |
| **Wells Fargo Card Services P.O. Box 94435 Albuquerque, NM 87199** | | **Credit Card** | | | | $5,000.00 |
| **Wells Fargo Card Services PO Box 94435 Albuquerque, NM 87199** | | **Credit card purchases** | | | | $500.00 |
| **Zions Bank P.O. Box 30709 Salt Lake City, UT 84130** | | **Line of Credit** | | | | $9,062.32 |

Priddis Music, Inc. -


COLGEMS-EMI MUSIC, INC.
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018


COMBINE MUSIC CORP.
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018


EMI APRIL MUSIC
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018


EMI BLACKWOOD MUSIC
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018


EMI CONSORTIUM SONGS
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018


EMI FEIST CATALOG
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018


EMI MILLER CATALOG
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018


EMI ROBBINS CATALOG
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018


EMI U CATALOG
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018

Priddis Music, Inc. -


EMI UNART CATALOG
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018


JACK WADDEY
WALTER LANDSEN DORTCH & DAVIS LLP
P.O. BOX 198966
NASHVILLE TN 37219


JOBETE MUSIC CO.
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018


JPMORGAN CHASE BANK
P.O. BOX 6294
CAROL STREAM IL 60197-6294


RICHARD PRIDDIS
2318 SOUTH COUNTRY CLUB DRIVE
#2126
MESA AZ 85211


SCREEN GEMS - EMI MUSIC INC.
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018


SONY/ATV MUSIC PUBLISHING LLC, ET AL.
25 MADISON AVENUE, 24TH FLOOR
NEW YORK NY 10010-8610


STONE DIAMOND MUSIC CORP.
C/O JAMES B. BALL
2999 NORTH 44TH STREET, SUITE 500
PHOENIX AZ 85018


WELLS FARGO CARD SERVICES
P.O. BOX 94435
ALBUQUERQUE NM 87199


WELLS FARGO CARD SERVICES
PO BOX 94435
ALBUQUERQUE NM 87199

Priddis Music, Inc. -


ZIONS BANK
P.O. BOX 30709
SALT LAKE CITY UT 84130

In re **Priddis Music, Inc.**
　　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Priddis Music, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 21, 2024**
Date

/s/ Mark J. Giunta
**Mark J. Giunta 015079**
Signature of Attorney or Litigant
Counsel for **Priddis Music, Inc.**
**Law Office of Mark J. Giunta**
**531 East Thomas Road**
**Suite 200**
**Phoenix, AZ 85012**
**602-307-0837 Fax:602-307-0838**
**markgiunta@giuntalaw.com**